DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FELIX PERNETT**,
Appellant,

v.

**AMERICAN AIRLINES, INC.** and
**TWU LOCAL 568 MIAMI, FLORIDA**,
Appellees.

No. 4D18-1696

[February 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 502013CA002695XXXXMB.

Jerry Girley of The Girley Law Firm, PA, Orlando, for appellant.

Anna Lazarus of Hunton Andrews Kurth, LLP, Miami, for appellee American Airlines, Inc.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***